In re Boardwalk International Inc.; United Financial Serv. B.R. Inc.; Champion Capital Corp.; United Southern Underwriters; Southeast Underwriting Serv.; United Southern/Tenn. Inc.; Orleans Bank; Eicher, John M.; King, Patricia A.; Eicher, Meredith E.; Eicher, Ashley A.; Woodward, William D.; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, Nos. CW90 0716, CA90 1541, CA90 1542; Parish of East Baton Rouge, 19th Judicial District Court, Div. “M”, Nos. 344,656, 345,329.
Prior report: La.App., 577 So.2d 249.
Denied.
DENNIS and COLE, JJ., would grant the writ.